**Entered on Docket**
**February 08, 2010**

1
2
3
4
5
6
7
8
9
10
11
12
13
14  WILDE & ASSOCIATES
    Gregory L. Wilde, Esq.
    Nevada Bar No. 004417
15  208 South Jones Boulevard
    Las Vegas, Nevada 89107
16  Telephone: 702 258-8200
    Fax: 702 258-8787
17  bk@wildelaw.com,
18
    Wells Fargo Bank, N.A.
19  09-78080
20
                    UNITED STATES BANKRUPTCY COURT
21                      DISTRICT OF NEVADA
22
23  In Re:                          BK-N-09-54086-gwz
24  Richard B. Rowe and Susan A. Rowe    Date:  1/12/2010
                                         Time:  10:00 am
25
26                                  Chapter 7
            Debtor.



Relodge

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic Stay in granted in the above-entitled bankruptcy proceeding regarding the subject property generally described as 2742 N. Quarrystone Pl., Meridian, ID 83646.

IT IS SO ORDERED this __8__ day of __Feb__, 2010.

_____
Bankruptcy Judge

Submitted by:
WILDE & ASSOCIATES

_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Kevin A. Darby
4777 Caughlin Pkwy.
Reno, NV 89519
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Allen M. Dufra
59 Damonte Ranch Pkwy.
Ste. B299
Reno, NV 89521
Chapter 7 Trustee

| | |
|---|---|
| 1 | In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one): |
| 2 | ___ The court waived the requirements of LR 9021. |
|   | ___ No parties appeared or filed written objections, and there is no trustee appointed in the case. |
| 3 | ___ No parties appeared or filed written objections, and the trustee is the movant. |
|   | _x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a |
| 4 | copy of this proposed order to all counsel who appeared at the hearing, and any trustee |
|   | appointed in this case, any unrepresented parties who appeared at the hearing, and each has |
| 5 | approved or disapproved the order, or failed to respond, as indicated below: |

Debtor's counsel:
___ approved the form of this order          ___ disapproved the form of this order
___ waived the right to review the order and/or  _x_ failed to respond to the document
___ appeared at the hearing, waived the right to review the order
___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
___ approved the form of this order          ___ disapproved the form of this order
___ waived the right to review the order and/or  _x_ failed to respond to the document

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
___ approved the form of this order          ___ disapproved the form of this order
___ waived the right to review the order and/or  ___ failed to respond to the document
___ appeared at the hearing, waived the right to review the order
___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
___ approved the form of this order          ___ disapproved the form of this order
___ waived the right to review the order and/or  ___ failed to respond to the document

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor